

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHERINE E. SMITH**<br>Phone: (212) 513-0462<br>Fax: (212) 788-9776<br>ksmith@law.nyc.gov |

October 29, 2010

**BY ECF**
Honorable Steven M. Gold
United States Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:   <u>Michael Tumasar v. City of New York, et al.</u>, 10 CV 2185 (FB)(SMG)

Your Honor:

       As the Assistant Corporation Counsel assigned to the above-referenced action, I write to inform the Court that the parties have reached an agreement to settle this matter and are in the process of preparing the necessary settlement paperwork for submission to Judge Block. Accordingly, the parties respectfully request that the settlement conference scheduled for Monday, November 1, 2010 at 12:00 p.m. be cancelled as moot.

       I thank Your Honor for considering the within request.

                               Respectfully submitted,

                               /s/
                               Katherine E. Smith
                               Assistant Corporation Counsel
                               Special Federal Litigation Division

cc:    Honorable Fredric Block, United States Senior District Judge (By ECF)

       Stephen L. Drummond, Esq., Counsel for Plaintiff (By ECF)